FILED' 11 MAR 23 09:44USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JOHNNY RAY MOWDY**
                Plaintiff,

v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,
                Defendant.

CV. 10-06063-HO

ORDER AWARDING EAJA
ATTORNEY FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $3,371.03 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this 23rd day of March, 2011.

_/s/ Michael R. Hogan_
United States District Judge

Page 1.  ORDER AWARDING EAJA ATTORNEY FEES
           MOWDY v. ASTRUE, CV. 10-06063-HO

PRESENTED BY:
/s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Johnny Ray Mowdy